# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JBR, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAFÉ DON PACO, INC., and others, <br><br> Defendants. | Case No. 12-cv-02377 NC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 18 |

The case management conference is continued to March 13, 2013 at 3:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. By March 6, 2013, the parties must submit a joint case management conference statement.

IT IS SO ORDERED.

Date: January 8, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge