1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| JBR, INC., | Case No. 12-cv-02377 NC |
|---|---|
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | Re: Dkt. No. 18 |
| CAFÉ DON PACO, INC., and others, | |
| Defendants. | |

The case management conference is continued to March 13, 2013 at 3:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  By March 6, 2013, the parties must submit a joint case management conference statement.

IT IS SO ORDERED.

Date: January 8, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge