PAUL J. SMOOT, SBN 160787
**Law Offices of Paul J. Smoot**
1720 S. Amphlett Blvd., Suite 104
San Mateo, California 94402
Telephone: (650) 548-0900
Facsimile: (650) 548-0901
pjsmoot@gmail.com

Attorneys for Plaintiff, JBR, Inc.
dba ROGERS FAMILY COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JBR, INC., a California corporation, doing business as ROGERS FAMILY COMPANY; <br><br> Plaintiff, <br><br> v. <br><br> CAFÉ DON PACO, INC.; ALVARO MONTEALGRE, aka ALVARO E. MONTEALEGRE RIVAS; ROBERTO BENDAÑA, aka ROBERTO BENDAÑA McEWAN, <br><br> Defendants. | Case No. 3:12-CV-02377-NC <br><br> EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND THE DUE DATE FOR THE CMC STATEMENT; ORDER THEREON <br><br> Dept: Courtroom A, 15th Floor San Francisco <br> Filed: May 10, 2012 <br> Default: July 11, 2013 <br> <u>Hon. N. M. Cousins, presiding</u> |

<u>EX PARTE MOTION FOR RELIEF</u>

1.  Pursuant to Civil L.R. 7, Fed. R. Civ. P. 16(d), Plaintiff JBR, INC., a California corporation, doing business as ROGERS FAMILY COMPANY, move this court, *ex parte*, for an order continuing the present Further Case Management Conference scheduled for September 25, 2013, at 2:00 p.m. to Wednesday, December 11, 2013.

2.  On July 11, 2013, default was entered against defendants (1) Café Don Paco, Inc., (2) Alvaro Montealgre, aka Alvaro E. Montealegre Rivas, and (3) Roberto Bendaña, aka Roberto Bendaña McEwan. Subsequent to the entry of the default, defendant Bendana initiated

---

1

**EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE THE CASE MANAGEMENT CONFERENCE
AND THE DUE DATE FOR THE CMC STATEMENT; ORDER THEREON       Case No. 3:12-CV-02377-NC**

contact with plaintiff and plaintiff's counsel in an effort to reach resolution. As plaintiff understands it, defendant Bendana has offered to come from Nicaragua to meet with plaintiff in California in an effort rebuild the lost standing relationship and reach a financial resolution. Defendant Bendana stated on August 14, 2013, that if a resolution could be achieved he would be able to secure financing to pay the debt owed. In light of the circumstances, plaintiff requests the Further Case Management Conference be continued to provide the parties an opportunity to attempt a resolution. In the event no resolution is achieved plaintiff would file its Motion for Default Judgment no later than October 30, 2013.

3. Plaintiff has only heard from defendant Bendana regarding resolution.

4. Plaintiff proposes the following schedule:

   a. Plaintiff to file notice of settlement, or, alternatively, Motion for Default Judgment on or before October 30, 2013;

   b. In the event of a Motion for Default Judgment, the Default Judgment would be scheduled for December 4, 2013, i.e., 35 days after filing on October 30, 2013; and

   c. The Further Case Management Conference be scheduled for Wednesday, December 11, 2013, and the Further Case Management Statement due on December 4, 2013.

5. Plaintiff JBR, INC., a California corporation, doing business as ROGERS FAMILY COMPANY, move this court, *ex parte*, for an order continuing the present Further Case Management Conference scheduled for September 25, 2013, at 2:00 p.m. to Wednesday, December 11, 2013.

Executed this 18th day of September, 2013, at San Mateo , California

Respectfully submitted,

**Law Office of Paul J. Smoot**

*Paul J. Smoot*

Paul J. Smoot
Attorneys for Plaintiff JBR, Inc.
1720 S. Amphlett Blvd., Suite 104
San Mateo, California 94402
pjsmoot@gmail.com
Telephone (650) 548-0900

**ORDER**

Good cause appearing, the court grants plaintiff JBR, INC.'s ex parte motion for an order continuing the present Further Case Management Conference scheduled for September 25, 2013, at 2:00 p.m. and makes the following orders:

1. The present Further Case Management Conference scheduled for September 25, 2013, at 2:00 p.m. is continued to Wednesday, December 11, 2013, at 10:00 a.m.;
2. Plaintiff JBR, INC. shall file a notice of settlement, or, alternatively, Motion for Default Judgment on or before October 30, 2013;
3. In the event of a Motion for Default Judgment is filed, the hearing on the Default Judgment shall be scheduled 35 days after filing, but in no event later than December 4, 2013.

Date: September 19, 2013

_____
Magistrate Judge N. Cousins



GRANTED
Judge Nathanael M. Cousins