1
2
3
4
5
6
7
8
9                    **UNITED STATES DISTRICT COURT**
10                   **NORTHERN DISTRICT OF CALIFORNIA**
11                     **SAN FRANCISCO DIVISION**
12
13   JBR, INC., a California corporation, doing          Case No. 12-cv-02377 NC
     business as ROGERS FAMILY COMPANY,
14                                                        **ORDER CONTINUING HEARING**
                 Plaintiff,
15                                                        Re: Dkt. No. 48
           v.
16
     CAFÉ DON PACO, INC., and others,
17
                 Defendants.
18
19
20       Plaintiff's request to continue the case management conference and hearing on the
21   motion for default judgment to January 8, 2014 at 1:00 p.m. is GRANTED.  Plaintiff must
     serve this order on all defendants.
22
         IT IS SO ORDERED.
23
         Date:  December 13, 2013
24
                                              _____
25                                            Nathanael M. Cousins
26                                            United States Magistrate Judge
27
28
     Case No. 12-cv-02377 NC
     ORDER CONTINUING HEARING