1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12

13   JBR, INC., a California corporation, doing
business as ROGERS FAMILY COMPANY,

Case No. 12-cv-02377 NC

14          Plaintiff,

**ORDER CONTINUING HEARING**

15      v.

16   CAFÉ DON PACO, INC., and others,

Re: Dkt. No. 48

17          Defendants.

18
19
20

Plaintiff's request to continue the case management conference and hearing on the

21

motion for default judgment to January 8, 2014 at 1:00 p.m. is GRANTED.  Plaintiff must

22

serve this order on all defendants.

23

IT IS SO ORDERED.

24

Date:  December 13, 2013

25

_____
Nathanael M. Cousins
United States Magistrate Judge

26
27
28

Case No. 12-cv-02377 NC
ORDER CONTINUING HEARING