# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JBR, INC., a California corporation, doing business as ROGERS FAMILY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CAFÉ DON PACO, INC.; ALVARO MONTEALGRE, aka ALVARO E. MONTEALEGRE RIVAS; ROBERTO BENDAÑA, aka ROBERTO BENDAÑA McEWAN,<br><br>Defendants. | Case No. 12-cv-02377 NC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 59 |

Plaintiff must show cause why this action should not be dismissed for lack of subject matter jurisdiction, because plaintiff has failed to allege that defendant Montealegre was diverse from plaintiff at the time this action was initiated. Despite explicitly instructing plaintiff that it could only amend the complaint if it could allege that "Montealegre [was] an alien or citizen of a diverse state at the time of initiating the lawsuit, not at an earlier or later time," Dkt. No. 58 at 2, plaintiff has instead amended the complaint to allege that Montealegre "is a citizen of Nicaragua." Dkt. No. 59 at ¶ 4. The Court must assess whether diversity existed at the time plaintiff initiated this lawsuit, not whether diversity existed on July 17, 2014, when plaintiff amended its complaint. *See Grupo Dataflux v.*

1   *Atlas Global Grp., L.P.*, 541 U.S. 567, 570 (2004) ("the jurisdiction of the court depends
2   upon the state of things at the time of the action brought") (quoting *Mollan v. Torrance*, 22
3   U.S. 537, 539 (1824)).

4   Therefore, within seven days of this order, plaintiff must show cause why its first
5   amended complaint should not be dismissed for lack of subject matter jurisdiction.

6   IT IS SO ORDERED.

7   Date: July 29, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-02377 NC
ORDER TO SHOW CAUSE                 2