|  |  |
|---|---|
| JBR, INC., a California corporation, doing business as ROGERS FAMILY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CAFÉ DON PACO, INC.; ALVARO MONTEALGRE, aka ALVARO E. MONTEALEGRE RIVAS; ROBERTO BENDAÑA, aka ROBERTO BENDAÑA McEWAN,<br><br>Defendants. | Case No. 12-cv-02377 NC<br><br>**SECOND ORDER GRANTING LEAVE TO AMEND**<br><br>Re: Dkt. Nos. 59, 60 |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

The Court has twice ordered plaintiff to show cause why this breach of contract action should not be dismissed for lack of subject matter jurisdiction, because plaintiff failed to allege that defendant Montealegre was a citizen of another state and thus diverse from plaintiff at the time this action was initiated. Dkt. Nos. 56, 60.

Plaintiff has responded to the order to show cause by requesting leave to amend the complaint for a second opportunity to cure this pleading defect. Dkt. No. 62. For the same reasons as discussed in the Court's previous order granting leave to amend, Dkt. No. 58, the Court grants leave to plaintiff to amend its complaint as proposed at docket entry 62, except that plaintiff must correct the typographical error in paragraph 4 so as to read that defendant

was not "a permanent resident" rather than a "permanent residence."

The Court finds that plaintiff may amend his complaint to cure the subject matter jurisdiction defect without serving the amended complaint on the defaulting defendants (and starting over the process for acquiring a default judgment) because the amendment adds new factual allegations but will not add a new claim. *See* Fed. R. Civ. P. 5(a)(2) ("No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such a party must be served on that party under Rule 4."); *Bd. of Trs. of Laborers Health & Welfare Trust Fund for N. Cal. v. Perez*, No. 10-cv-02002 JSW (JCS), 2011 WL 6151506, at *5 (N.D. Cal. Nov. 7, 2011) (finding default judgment could be granted despite plaintiff not serving defaulting defendant with amended complaint, where amended complaint contained "new factual allegations" but not new claims).

Plaintiff may amend his complaint as proposed within seven days of this order. The Court will then address plaintiff's motion for default judgment based on the second amended complaint. The order to show cause is discharged.

IT IS SO ORDERED.

Date: August 12, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge